MAIL ANY NOTICE OF DEFAULT TO:
U.S. SMALL BUSINESS ADMINISTRATION
2719 North Air Fresno Drive, Suite 107
Fresno, California 93727-1547

Instrument
9700001749

THIS INSTRUMENT PREPARED BY AND MAIL TO:
Terry J. Miller, Attorney/Advisor
U.S. SMALL BUSINESS ADMINISTRATION
One Baltimore Place, Suite 300
Atlanta, Georgia 30308
(404)347-3771

CASPARI, Thomas L.
# 2934-01017 Loan No. DLB 11534640-10

9700001749
Filed for Record in
PIKE COUNTY OHIO
JOYCE LEETH
On 05-15-1997 At 01:00 pm.
ASSGN MTG     24.00
Vol.    76 Pg.   640 - 643

VOL0776PG0640

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## ASSIGNMENT OF INSTALLMENT LAND CONTRACT AS SECURITY FOR A LOAN

This Assignment, made this __1st__ day of __May__, __1997__ by __Thomas L. Caspari, who acquired his interest pursuant to a Land Sales Contract dated January 27, 1993, as Tom Caspari and Shelia R. Caspari, who acquired her interest pursuant to a Land Sales Contract dated January 27, 1993 as Shelia Caspari, husband and wife__, (hereinafter called ASSIGNOR), to the Small Business Administration, an Agency of the United States Government (hereinafter called ASSIGNEE), and acknowledged and the terms agreed to by __ (hereinafter called SELLER).

### WITNESSETH:

WHEREAS, ASSIGNOR and SELLER have entered into an installment land contract (hereinafter called CONTRACT) dated __January 27, 1993__ and recorded on __February 5, 1993__ as Instrument No. __570__ in Book __9__ at Page(s) __137__ - of the Official Records of __Pike__ County, State of __Ohio__; and

WHEREAS, ASSIGNOR has acquired an interest from SELLER under CONTRACT in and to the following described real estate and improvements thereon located in __Pike__ County, State of __Ohio__ :

Described in Exhibit "A" attached hereto and made a part hereof.

WHEREAS, ASSIGNEE has approved a disaster loan to __Thomas L. Caspari__ (hereinafter called BORROWER) in the amount of $ __3,600.00__ ; and

WHEREAS, said disaster loan provides valuable consideration to ASSIGNOR; and

WHEREAS, ASSIGNEE has requested as collateral security for said loan to BORROWER, an assignment, with full right of re-assignment, of all of ASSIGNOR'S rights, title and interest under said CONTRACT; and

WHEREAS, ASSIGNEE requires the recordation of this ASSIGNMENT; and

WHEREAS, ASSIGNEE requires as additional security for said loan a Deed of Trust/Mortgage from ASSIGNOR conveying the real estate and improvements described herein above;

NOW THEREFORE, in order to induce ASSIGNEE to disburse all or any part of the said loan to BORROWER, and intending to be legally bound hereby, ASSIGNOR does hereby assign and transfer, with right of re-assignment to ASSIGNEE, all of its rights, title and interest in the said CONTRACT any amendments thereto, to have and to hold the same as additional security for the payment of principal and interest to be paid, and for the performance and observance of all the covenants contained in SBA Form 147B Note, and any other loan document given by BORROWER to ASSIGNEE in connection with the said loan.

1

CASPARI, Thomas L.
2934-01017 / DLB 11534640-10

ASSIGNOR hereby covenants and agrees further as follows:

1. That he will continue to honor all terms and conditions of the CONTRACT and any amendments thereto.

2. That all modifications of the CONTRACT required by this ASSIGNMENT are made with his consent and at his request.

3. That he will not change or alter the terms of the CONTRACT between himself and SELLER without the prior written consent of ASSIGNEE.

4. That ASSIGNEE may record the CONTRACT and this ASSIGNMENT in such place or places as ASSIGNEE may deem appropriate.

5. Any notice of default served upon, or otherwise given ASSIGNOR by SELLER will be forwarded within five (5) days or receipt to ASSIGNEE by Certified Mail to 2719 North Air Fresno Drive, Suite 107 Fresno, California 93727-1547. All notices of default served upon, or otherwise given SELLER by ASSIGNOR, will be forwarded to ASSIGNEE in the same manner.

6. In the event ASSIGNOR receives a deed to the above described property prior to complete satisfaction of the loan to BORROWER, ASSIGNOR agrees to execute and deliver over to ASSIGNEE a real estate Deed of Trust and such other documentation as ASSIGNEE may require to maintain its security interest in the above described property.

Seller agree(s) that so long as SBA as holder of the note has not obtained possession of the real estate, the SBA as holder of the note shall not be liable for the performance of any obligations, agreements, or covenants, including but not limited to the obligation to make payments, under the Contract, and the Assignor shall, notwithstanding this consent, remain liable for the performance of all obligations, agreements and covenants, including but not limited to, the obligation to pay the balance due as provided for in the Contract.

It is agreed that the Seller will give written notice to SMALL BUSINESS ADMINISTRATION of any default in payments on said contract and will allow SBA ninety (90) days' grace for SBA to cure such default.
Acknowledged and agreed to by:

STATE OF OHIO
COUNTY OF PIKE

I, PATRICIA H. CLAYTOR, a Notary Public in and for said County and State, do hereby certify that Thomas L. & Sheila R. Caspari personally appeared before me this day and acknowledged that they signed, delivered and executed the foregoing instrument. Witness my hand and notarial seal this the May 7, day of, 1997

Patricia H. Claytor
Notary Public
My Commission Expires: PATRICIA H. CLAYTOR
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JAN. 24, 1999

ASSIGNOR
Thomas L. Caspari
Shelia R. Caspari

VOL 076 PG 0641

See Attached for Notary Acknowledgement(s) and Signature(s)

2

CASPARI, Thomas L. and Sheila R.
2934-01016 / DLH 11530140-04

STATE OF _Ohio_ )
)ss.
COUNTY OF _Scioto_ )

I, _Anna L. Lawson_, a Notary Public in and for said County and State, do hereby certify that _David L. Rockwell & Doris Rockwell_ personally appeared before me this day and acknowledged that they signed, delivered and executed the foregoing instrument. Witness my hand and notarial seal this the

_15_ day of _May_, 19_1997_.

_Anna L. Lawson_
Notary Public
My Commission Expires: _July 24, 1999_

SELLER

_David L. Rockwell_
David L. Rockwell

_Doris Rockwell_
Doris Rockwell

VOL 076 PG 0642

3

Name: <u>CASPARI, Thomas L.</u>

Control No. / Loan No: <u>2934-01017 / DLB 11534640-10</u>

EXHIBIT "A"

<u>First Tract:</u> Beginning at an iron pin at the edge of the East right of way line of State Route No. 104 where the lands which Floyd J. Weeter sold to Paul Monteith and Betty Monteith corner; thence along and with the Monteith line in an Easterly direction 65 feet more or less to the Scioto River; thence Southerly direction along and with the meanders of the Scioto River 200 feet more or less to an iron pin; thence in a Westerly direction and parallel with the first call herein, a distance of 79 feet more or less to an iron pin in the East right of way line in a Northerly direction 200 feet more or less to the place of beginning and containing 13,500 square feet more or less.

<u>Second Tract:</u> Beginning at an iron pin at the edge of the highway right of way line where the lands of Floyd J. Weeter and Ralph Flowers corner; thence in an Easterly direction with and along the Weeter-Flowers line 65 feet more or less to the Scioto River; thence in a Southerly direction along and with the meanderings of the Scioto River 150 feet more or less to an iron pin; thence in a Westerly direction and parallel with the first call herein for a distance of 65 feet more or less to an iron pin in said highway right of way line; thence along and with the highway right of way line 150 feet more or less to the place of beginning and containing 9,750 square feet more or less.

More commonly known as: 1040 State Route 104, Lucasville, Ohio 45648

VOL.0 7 6 PG 0 6 4 3

4