# LIMITED WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS: David L. Rockwell, married, and Doris Rockwell, his wife, for valuable consideration paid, grants with limited warranty covenants to TOM CASPARI and SHEILA CASPARI, husband and wife, for their joint lives with remainder in fee simple to the survivor of them, whose tax mailing address is 1040 State Route 104, Lucasville, Ohio 45648, the following described real estate:

Situated in the Township of Camp Creek, County of Pike, and State of Ohio:

For description see Exhibit "A" attached hereto and incorporated herein by reference.

Parcel Number: 040314 and 040315

Property Address: 1040 State Route 104, Lucasville, Ohio 45648

THIS DEED IS IN FULL SATISFACTION OF A LAND INSTALLMENT CONTRACT BETWEEN VENDOR AND VENDEES DATED 1/27/93 AND RECORDED 1/27/93 AND RECORDED IN VOLUME 9, PAGE 137, P.C.O.R. AND THE PIKE COUNTY RECORDER IS AUTHORIZED AND DIRECTED TO RELEASE SAID LAND INSTALLMENT CONTRACT OF RECORD.

Prior Reference: Volume 4, Page 735, P.C.O.R.

Doris Rockwell releases all rights of dower.

WITNESS their hands this __24TH__ day of __OCTOBER__, 2002.

_____
DAVID L. ROCKWELL

_____
DORIS ROCKWELL

200200005041
Filed for Record in
PIKE COUNTY OHIO
JOYCE LEETH
10-28-2002 10:10 AM.
WRTY DEED        16.00
OR Volume  195 Page 1486 - 1487

STATE OF OHIO, COUNTY OF PIKE, SS:

Before me, a Notary Public, in and for said county personally appeared the above named David L. Rockwell, married, and Doris Rockwell, his wife, who acknowledged that they did sign the foregoing instrument, and that the same is their free act and deed, and was executed by them this __24TH__ day of __OCTOBER__, 2002.

IN TESTIMONY WHEREOF, I have hereunto subscribed my hand and affixed my seal on the day and date above mentioned.

TRANSFERRED
TRANSFER FEE 1.00
CONVEYANCE EXAMINED.
SEC. 319-202 R.C. COMPLIED WITH

OCT 25 2002
AMT 34.00
TEDDY L WHEELER
PIKE COUNTY AUDITOR

_____
NOTARY PUBLIC

PATRICIA ANN KIRKENDALL
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES MAY 5, 2003

Prepared by Ed Rhoads, Attorney at Law, Waverly, Ohio

Exhibit "A"

Situate in the Township of Camp Creek, County of Pike, State of Ohio, to-wit:

**FIRST TRACT:** Beginning at an iron pin at the edge of the East right-of-way line of State Route No. 104 where the lands which Floyd J. Weeter sold to Paul Monteith and Betty Monteith corner; thence along with the Monteith line in an easterly direction 65 feet more or less to the Scioto River; thence in a southerly direction along and with the meanders of the Scioto River 200 feet more or less to an iron pin; thence in a westerly direction and parallel with the first call herein, a distance of 70 feet more or less to an iron pin in the East right-of-way line of said highway; thence along and with said highway right-of-way line in a northerly direction 200 feet more or less to the place of beginning and containing 13,500 square feet, more or less.

And being a part of the Eleventh Tract of the premises conveyed to Floyd J. Weeter by Charles Weeter by deed dated December 15, 1947 and now of record in Volume 99, Page 39 of the Deed Records of Pike County, Ohio. And recently conveyed by Floyd J. Weeter to his wife Zelma Wetter, the seller herein.

**SECOND TRACT:** Beginning at an iron pin at the edge of the highway right-of-way line where the lands of Floyd J. Weeter and Ralph Flowers corner; thence in a easterly direction with and along the Weeter-Flowers line 65 feet more or less to the Scioto River, thence in a southerly direction along and with the meanderings of the Scioto River 150 feet more or less to an iron pin; thence in a westerly direction and parallel with the first call herein for a distance of 65 feet more or less to an pin in said highway right-of-way line; thence along and with the highway right-of-way line 150 feet more or less to the place of beginning and containing 9,750 square feet more or less.

Parcel Number:   040314 and 040315