Instrument   Volume  Page
200300000103  OR   198  1612

1612

**OHIO**

COUNTY OF *PIKE*
POOL NO.
LOAN NO. *(0106170632 )1153014004*

Assignment-Interv.-Recorded

PREPARED BY SECURITY CONNECTIONS, INC.
WHEN RECORDED MAIL TO:
*SECURITY CONNECTIONS INC.
1935 INTERNATIONAL WAY
IDAHO FALLS, ID 83402*
PH:(208)528-9895

## ASSIGNMENT OF REAL ESTATE MORTGAGE

KNOW ALL MEN BY THESE PRESENTS: That *U.S. SMALL BUSINESS ADMINISTRATION BY CARLA TENEYCK, ITS ATTORNEY-IN-FACT AND BY M. L. MARCUM, ITS ATTORNEY-IN-FACT*

located at *101 HUDSON STREET, JERSEY CITY, NJ 07302*
party of the first part, for value received has granted, bargained, sold, assigned, transferred and set over unto *MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A DELAWARE CORPORATION*

located at *P.O. BOX 2026, FLINT, MI 48501-2026*
party of the second part, its successors and assigns, a certain indenture of mortgage dated *1st* day of *MAY* A.D. *1997*, made by *THOMAS L. CASPARI, WHO ACQUIRED HIS INTEREST PURSUANT TO A LAND SALE CONTRACT AS TOM CASPARI, AND SHEILA R. CASPARI, WHO ACQUIRED HER INTEREST PURSUANT TO A LAND SALE CONTRACT, AS SHEILA CASPARI, HUSBAND AND WIFE* to it, securing the payment of one promissory note therein described for the sum of *THIRTEEN THOUSAND and NO/100-----* dollars (*$13,000.00*) and all its right, title and interest in and to the premises situated in county of *PIKE* State of Ohio and described in said mortgage as follows, to wit:

```
200300000103
Filed for Record in
PIKE COUNTY OHIO
JOYCE LEETH
01-07-2003 01:10 PM.
ASSGN MTG     16.00
OR Volume  198 Page 1612 - 1613
```

Said mortgage is recorded in the office of the recorder of *PIKE* County, in the State of Ohio in Book No. *76* at page *626*, Document No. *9700001746*, Microfiche No. _____, TCT No. _____, Permanent Parcel No. _____.

Together with the said note therein described and the money due or to grow due thereon, with interest:

TO HAVE AND TO HOLD the same unto the said party of the second part, its successors and assigns, forever, subject only to the provisions in the said indenture of mortgage contained.

(NMRI.OH)  Loan No.
C=S.671.0001
P=S.001.00025

Page 1 of 2
MIN# 1000259200014253337  MERS VRU PHONE #: 1-888-679-6377
J=AL975.S.04993

LOAN NO..*(0106170632 )1153014004*

IN WITNESS WHEREOF, the party of the first part has caused this instrument to be executed in its name by **ATTORNEY-IN-FACT** and attested by **ATTORNEY-IN-FACT** this **26th** day of **DECEMBER**, **2002**, but effective the **1st** day of **OCTOBER**, **2002**.

U.S. SMALL BUSINESS ADMINISTRATION BY CARLA TENEYCK, ITS
ATTORNEY-IN-FACT AND BY M. L. MARCUM, ITS ATTORNEY-IN-FACT

WITNESS **NICOLE WHEELER**

BY _____
**CARLA TENEYCK**
**ATTORNEY-IN-FACT**

WITNESS **RUANA RANSOM**

BY _____
**M. L. MARCUM**
**ATTORNEY-IN-FACT**

STATE OF **IDAHO** )
                  ) SS
COUNTY OF **BONNEVILLE** )

On **DECEMBER 26, 2002**, before me, **JOAN COOK** and personally appeared **CARLA TENEYCK** **M. L. MARCUM** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) who executed the within instrument as **ATTORNEY-IN-FACT** and **ATTORNEY-IN-FACT** on behalf of the Corporation therein named and acknowledged to me that the Corporation executed it.

_____
**JOAN COOK** (COMMISSION EXP. 02-16-07)
Notary public

[Stamp: JOAN COOK NOTARY PUBLIC STATE OF IDAHO]

(NMRI.OH.2)
C=S.671.0001
P=S.001.00025

Page 2 of 2
MIN# 100025920001425337   MERS VRU PHONE #: 1-888-679-6377
J=AL975.S.04993