EX. 2

The following dates are calls made to my cellphone, number 740-708-4885, which they had on file.

| Date | Time |
|---|---|
| 12/8/15 | 3:40 PM |
| 1/6/16 | 6:15 PM |
| 1/11/16 | 5:41 PM |
| 1/14/16 | 8:13 AM |
| 1/14/16 | 4:00 PM |
| 1/15/16 | 4:28 PM |
| 1/19/16 | 1:53 PM |
| 1/19/16 | 1:56 PM |
| 1/26/16 | 8:19 AM |
| 1/26/16 | 6:28 PM |
| 1/28/16 | 4:35 PM |
| 2/1/16 | 8:41 AM |
| 2/2/16 | 8:59 AM |
| 2/3/16 | 7:08 PM |
| 2/4/16 | 11:23 AM |
| 2/4/16 | 8:33 PM |
| 2/5/16 | 8:52 AM |
| 2/6/16 | 2:29 PM |
| 2/8/16 | 11:18 AM |
| 2/9/16 | 9:51 AM |
| 2/9/16 | 6:35 PM |
| 2/10/16 | 9:40 AM |
| 2/11/16 | 9:42 AM |
| 2/11/16 | 4:30 PM |
| 2/12/16 | 8:34 AM |
| 2/12/16 | 4:38 PM |
| 2/13/16 | 12:26 PM |
| 2/13/16 | 5:23 PM |
| 2/15/16 | 11:10 AM |

All were various conversations anywhere from simply hanging up on me when I answered, telling them I had filed bankruptcy and gave them again our attorneys information, telling me they had that information already but wanted to make arrangements to make payment on the account, needed me to verify the address again. All conversations went this way. Once I asked why they hung up when I answered and it was explained like this: They call numerous numbers at one time and the first one to answer gets the call and all other calls are disconnected.

They finally quit calling when I told them not to contact me again and was contacting my attorney the next day,