**Nationstar MORTGAGE**

8950 Cypress Waters Blvd.
Dallas, TX 75019

38363406.2225

Thomas L Caspari
Sheila R Caspari
1040 State Route 104
Lucasville, OH 45648

August 18, 2017

Dear Thomas L Caspari and Sheila R Caspari :

## Legal Right and Protection Under the SCRA

Servicemembers on "active duty" or "active service," or a dependent of suc protections and debt relief pursuant to the Servicemembers Civil Relief Act

## Who May Be Entitled to Legal Protections Under the SCRA?

- Active duty members of the Army, Navy, Air Force, Marine Corps, Co
- Active servicemembers of the commissioned corps of the National O
- Active servicemembers of the commissioned corps of the Public Heal
- United States citizens serving with the armed forces of a nation with of a war or military action; and
- The spouses of those servicemembers.

## What Legal Protection Are Servicemembers Entitled To Under the SC

- The SCRA states that a debt incurred by a service member, or servic military service shall not bear interest at a rate above 6 percent duri thereafter. In the case of an obligation or liability consisting of a mort

### How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA, a servicemember or spouse, or both, must provide a written request, together with a copy of servicemember's military orders, to our Military Families Department at the information provided below:

  **Mail:** Nationstar Mortgage LLC
  Attn: Military Families
  P.O. Box 619098
  Dallas, TX 75261-9741

  **Fax:** Attn: Military Families
  855-856-0427

### How Does A Servicemember or Dependent Obtain Information About the SCRA?

The U.S. Department of Defense's information resource is "Military OneSource." Counseling options may be available.

- Website: www.militaryonesource.com

The toll-free phone numbers:

From inside the United States: **1-800-342-9647**
From outside the United States, please go to the website, www.militaryonesource.com, and follow the country-specific OCONUS instructions.

- International Collect (through long distance operator): **1-484-530-5908**

Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at:

http://legalassistance.law.af.mil/content/locator.php

If you have any questions, your Dedicated Loan Specialist is Candice Jackson and be reached at **(866)-316-2432 EXT. 4670887**, or via mail at **8950 Cypress Waters Blvd. Dallas, TX 75019**.

Thank you for your dedicated service to our country.

Sincerely,

Nationstar Mortgage LLC
Military Families



8950 Cypress Waters Blvd.
Dallas, TX 75019

**Hawaii Residents:** If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112953, and 112954.

**If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**Nationstar MORTGAGE**

P.O. BOX 619063
DALLAS, TX 75261-9063

COPY

02/18/2017



0-692-85946-0019234-004-01-000-000-000-000

THOMAS L CASPARI
SHEILA R CASPARI
1040 STATE ROUTE 104
LUCASVILLE OH  45648-8323

Re: Loan Number: 0600080675
Servicemembers Civil Relief Act (SCRA)

Dear THOMAS L CASPARI and SHEILA R CASPARI:

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-596) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard, and active service National Guard;
- Active servicemembers of the commissioned corps of the National Oceanic and Atmospheric Administration;
- Active servicemembers of the commissioned corps of the Public Health Service; United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and
- The spouses of those servicemembers.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a service member, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 percent during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.

- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within 1 year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within 1 year after the service member's military service unless the creditor has obtained a court order approving the sale, foreclosure, or seizure of the real estate.

- The SCRA contains many other protections besides those applicable to home loans.

**Nationstar MORTGAGE**
P.O. BOX 619063
DALLAS, TX 75261-9063

02/18/2017



0-692-85946-0019234-004-01-000-000-000-000

THOMAS L CASPARI
SHEILA R CASPARI
1040 STATE ROUTE 104
LUCASVILLE OH 45648-8323

Re: Loan Number: 0600080675
Servicemembers Civil Relief Act (SCRA)

Dear THOMAS L CASPARI and SHEILA R CASPARI:

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-596) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard, and active service National Guard;
- Active servicemembers of the commissioned corps of the National Oceanic and Atmospheric Administration;
- Active servicemembers of the commissioned corps of the Public Health Service; United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and
- The spouses of those servicemembers.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a service member, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 percent during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.

- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within 1 year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within 1 year after the service member's military service unless the creditor has obtained a court order approving the sale, foreclosure, or seizure of the real estate.

- The SCRA contains many other protections besides those applicable to home loans.



**Hawaii Residents:** If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Number 105369, 112715, 105368, 111828, 112953, and 112954.

If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**Nationstar**
MORTGAGE

8950 Cypress Waters Blvd.
Dallas, TX 75019


31851383.1055

Thomas L Caspari
Sheila R Caspari
1040 State Route 104
Lucasville, OH 45648

June 20, 2017

RE: Loan Number: 0600080675
Servicemembers Civil Relief Act (SCRA)

Dear Thomas L Caspari and Sheila R Caspari :

### Legal Right and Protection Under the SCRA

Servicemembers on "active duty" or "active service," or a dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-596) (SCRA).

### Who May Be Entitled to Legal Protections Under the SCRA?

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard, and active service National Guard;
- Active servicemembers of the commissioned corps of the National Oceanic and Atmospheric Administration;
- Active servicemembers of the commissioned corps of the Public Health Service;
- United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and
- The spouses of those servicemembers.

### What Legal Protection Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a service member, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 percent during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within 1 year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within 1 year after the service member's military service unless the creditor has obtained a court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

NATIONSTAR IS A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE CURRENTLY IN BANKRUPTCY OR HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY TO THE EXTENT THAT IT IS INCLUDED IN YOUR BANKRUPTCY OR HAS BEEN DISCHARGED, BUT IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.



### How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA, a servicemember or spouse, or both, must provide a written request, together with a copy of servicemember's military orders, to our Military Families Department at the information provided below:

    **Mail:** Nationstar Mortgage LLC
    Attn: Military Families
    P.O. Box 619098
    Dallas, TX 75261-9741

    **Fax:** Attn: Military Families
    855-856-0427

### How Does A Servicemember or Dependent Obtain Information About the SCRA?

The U.S. Department of Defense's information resource is "Military OneSource." Counseling options may be available.

- Website: www.militaryonesource.com

The toll-free phone numbers:

From inside the United States: **1-800-342-9647**
From outside the United States, please go to the website, www.militaryonesource.com, and follow the country-specific OCONUS instructions.

- International Collect (through long distance operator): **1-484-530-5908**

Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at:

http://legalassistance.law.af.mil/content/locator.php

If you have any questions, your Dedicated Loan Specialist is Candice Jackson and be reached at (877)-343-5602 EXT. 4670887, or via mail at **8950 Cypress Waters Blvd. Dallas, TX 75019**.

Thank you for your dedicated service to our country.

Sincerely,

Nationstar Mortgage LLC
Military Families

**Nationstar** MORTGAGE
8950 Cypress Waters Blvd.
Dallas, TX 75019

**Hawaii Residents:** If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.

**New York Residents:** Nationstar Mortgage LLC is licensed by the New York City Department of Consumer Affairs License Number: 1392003. If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112953, and 112954.

**If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA, a servicemember or spouse, or both, must provide a written request, together with a copy of servicemember's military orders, to our Military Families Department at the information provided below:

    **Mail:** Nationstar Mortgage LLC
    Attn: Military Families
    P.O. BOX 619098
    Dallas, TX 75261-9741

    **Fax:** Attn: Military Families
    1-855-856-0427

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

The U.S. Department of Defense's information resource is "Military OneSource." Counseling options may be available.

- Website: www.militaryonesource.com
  The toll-free phone numbers:
    From inside the United States: **1-800-342-9647**
    From outside the United States, please go to the website, www.militaryonesource.com and follow the country-specific OCONUS instructions.

- International Collect (through long distance operator): **1-484-530-5908**

Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at:
http://legalassistance.law.af.mil/content/locator.php

If you have any questions, your Dedicated Loan Specialist is Kalani Boyd and can be reached at **(888) 850-9398 EXT. 4670715** or via mail at **8950 Cypress Waters Boulevard, Coppell, TX 75019.**

Thank you for your dedicated service to our country.

Sincerely,

Nationstar Mortgage LLC
Military Families



**Nationstar MORTGAGE**

NATIONSTAR MORTGAGE
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P O BOX 619063
DALLAS, TX 75261-9063

06/18/2016

2-692-59944-0026557-006-01-000-000-000-000

THOMAS L CASPARI
SHEILA R CASPARI
1040 STATE ROUTE 104
LUCASVILLE OH  45648-8323

Re: Loan Number: 0600080675
Servicemembers Civil Relief Act (SCRA)

Dear THOMAS L CASPARI and SHEILA R CASPARI:

### Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-596) (SCRA).

### Who May Be Entitled to Legal Protections Under the SCRA?

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard, and active service National Guard;
- Active servicemembers of the commissioned corps of the National Oceanic and Atmospheric Administration;
- Active servicemembers of the commissioned corps of the Public Health Service; United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and
- The spouses of those servicemembers.

### What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a service member, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 percent during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.

- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within 1 year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within 1 year after the service member's military service unless the creditor has obtained a court order approving the sale, foreclosure, or seizure of the real estate.

- The SCRA contains many other protections besides those applicable to home loans.

SCRA

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA, a servicemember or spouse, or both, must provide a written request, together with a copy of servicemember's military orders, to our Military Families Department at the information provided below:

|  |  |
|---|---|
| **Mail:** Nationstar Mortgage LLC<br>Attn: Military Families<br>P.O. BOX 619098<br>Dallas, TX 75261-9741 | **Fax:** Attn: Military Families<br>1-855-856-0427 |

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

The U.S. Department of Defense's information resource is "Military OneSource." Counseling options may be available.

- Website: www.militaryonesource.com
  The toll-free phone numbers:
  From inside the United States: **1-800-342-9647**
  From outside the United States, please go to the website, www.militaryonesource.com and follow the country-specific OCONUS instructions.

- International Collect (through long distance operator): **1-484-530-5908**

Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at:
http://legalassistance.law.af.mil/content/locator.php

If you have any questions, your Dedicated Loan Specialist is Kalani Boyd and can be reached at **(888) 850-9398 EXT. 4670715** or via mail at **8950 Cypress Waters Boulevard, Coppell, TX 75019.**

Thank you for your dedicated service to our country.

Sincerely,

Nationstar Mortgage LLC
Military Families

**Nationstar** MORTGAGE
8950 Cypress Waters Blvd
Coppell, TX 75019

February 10, 2016

THOMAS CASPARI
SHEILA CASPARI
1040 STATE ROUTE 104
LUCASVILLE, OH 45648

Re: Loan Number: 0600080675
Servicemembers Civil Relief Act (SCRA)

Dear THOMAS CASPARI and SHEILA CASPARI:

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-596) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard, and active service National Guard;
- Active servicemembers of the commissioned corps of the National Oceanic and Atmospheric Administration;
- Active servicemembers of the commissioned corps of the Public Health Service; United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and
- The spouses of those servicemembers.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a service member, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 percent during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.

- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within 1 year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within 1 year after the service member's military service unless the creditor has obtained a court order approving the sale, foreclosure, or seizure of the real estate.

- The SCRA contains many other protections besides those applicable to home loans.

SCRA



## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA, a servicemember or spouse, or both, must provide a written request, together with a copy of servicemember's military orders, to our Military Families Department at the information provided below:

  Mail: Nationstar Mortgage LLC
  Attn: Military Families
  P.O. Box 619098
  Dallas, TX 75261-9741

  Fax: Attn: Military Families
  1-855-856-0427

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

The U.S. Department of Defense's information resource is "Military OneSource."
Counseling options may be available.

- Website: www.militaryonesource.com
  The toll-free phone numbers:
    From inside the United States: **1-800-342-9647**
    From outside the United States, please go to the website, www.militaryonesource.com, and follow the country-specific OCONUS instructions.
- International Collect (through long distance operator): **1-484-530-5908**

Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at:

http://legalassistance.law.af.mil/content/locator.php

If you have any questions, please contact our Customer Service Department at **1-888-480-2432**.

Thank you for your dedicated service to our country.

Sincerely,

Nationstar Mortgage LLC
Military Families

SCRA



Exhibit    Page 15 of 15

**New York City Disclosure**

New York City Department of Consumer Affairs License Number: 1392003

**North Carolina Disclosure**

Nationstar Mortgage LLC is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC is also licensed by the North Carolina Department of Insurance, Permit Number 105369.

**Texas Disclosure**

TX Residents: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.
A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.