

**Nationstar**
MORTGAGE

MyNationstar.com | 8950 Cypress Waters Blvd | Support

• Please contact us at (877) 783-7491 EXT. 4670715

Ex. 12

12/21/2016

4-692-79622-0029075-002-3-000-001-000-000

THOMAS L CASPARI
SHEILA R CASPARI
1040 STATE ROUTE 104
LUCASVILLE OH 45648-8323

RE: Loan Number: 0600080675
Property Address:
1040 STAR RT 104
LUCASVILLE, OH 45648

Dear Thomas L Caspari and Sheila R Caspari:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due for 01/01/2016. Here is a recent payment history, and the reason for our concern.

*Recent Account History:*

- Payment due 07/01/2016: Unpaid balance of $175.29
- Payment due 08/01/2016: Unpaid balance of $175.29
- Payment due 09/01/2016: Unpaid balance of $175.29
- Payment due 10/01/2016: Unpaid balance of $175.29
- Payment due 11/01/2016: Unpaid balance of $175.29
- Payment due 12/01/2016: Unpaid balance of $175.29
- Current payment due 01/01/2017: $151.44

**Total: $2,224.00 due. You must pay this amount to bring your loan current.**
Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options.* Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

**What do I need to do?**
The sooner we hear from you, the sooner we can help get your homeownership back on track. If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Kalani Boyd and can be reached at (877) 783-7491 EXT. 4670715 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*
45DLQPCSV1214



# Nationstar Mortgage | Online Access



Welcome Sheila Caspan   SIGN OUT

| HOME | MY NATIONSTAR | RESOURCES | HOMEOWNER ASSISTANCE | APPLY TODAY | CONTACT US |

About Us | Customer Reviews | Careers | Investor Relations

## WELCOME TO NATIONSTAR

From online account access to hardship assistance, you'll find the necessary information you need to help manage your Nationstar Mortgage Account.

Select Loan
*****80675 – 1040 STATE RT 104, LUCASVILLE, OH 45648

Hide

**My Notifications**

### TREES GIVING YOU DIRTY LOOKS?
You might have a paper problem.
Go paperless. Sign up for e-Correspondence.  **Sign Up**

---

**My Mortgage**

Unpaid Principal Balance *
$8,323.25

2%
*This is not an exact payoff amount. For the full amount to payoff the amount, please request a payoff quote.

My Home Loan
View Full Loan Number

- Refinance Application
- Request Payoff Quote
- View Payoff Statement
- View Year End Statement

---

**My Payments**

Last Payment of $151.44 was received on 12/2/2015
Past due amount of $1,371.40 is due Immediately
Next Payment of $151.44 due on Friday, January 1, 2016

Your Dedicated Loan Specialist is Kaiani Boyd
Toll Free Number: 888-850-9398

- Make A Payment
- Sign Up for Automatic Payments
- View My Statement
- View Transaction History
- Edit or Cancel a Payment
- Pending Payments
- Pay By Text
- Homeowner Assistance

---

**My Messages and Alerts**

0 New Messages

- View All Messages & Alerts
- Compose Message

---

**My Escrow**

Current Escrow Balance
($859.97)

Current Escrow Payment
$83.44 *
* This is the escrow portion of your monthly payment

Next Analysis
March 1, 2017
Last Analysis
March 29, 2016

- View Escrow Analysis Statement
- View Escrow Detail

---

**My Profile**

Sheila R Caspan
1040 STATE ROUTE 104 LUCASVILLE, OH 45648
Shewee@roctownings.net
Primary phone number: 740-708-4385

- Update Profile Information
- Update Contact Information
- Cancel eCorrespondence
- Authorize A Third Party
- Add A Loan

---

Nationstar is a debt collector. This may be an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

**Nationstar** MORTGAGE

Internet Reprint
MyNationstar.com | 8950 Cypress Waters Blvd | Coppell, TX 75019

08/30/2016

• Please contact us at (888) 850-9398 EXT. 4670715

0-892-81193-0014318-003-000-000-000-000
THOMAS L CASPARI
SHEILA R CASPARI
1040 STATE ROUTE 104
LUCASVILLE OH 45648-8323

RE: Loan Number: 0600080675
Property Address:
1040 STAR RT 104
LUCASVILLE, OH 45648

Dear Thomas L Caspari and Sheila R Caspari:

At Nationstar Mortgage, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

**Why am I receiving this letter?**
Your mortgage payment is currently past due for 01/01/2016. Here is a recent payment history, and the reason for our concern.

*Recent Account History*
- Payment due 01/01/2016: Unpaid balance of $151.44
- Payment due 02/01/2016: Unpaid balance of $151.44
- Payment due 03/01/2016: Unpaid balance of $183.68
- Payment due 04/01/2016: Unpaid balance of $183.68
- Payment due 05/01/2016: Unpaid balance of $175.29
- Payment due 06/01/2016: Unpaid balance of $175.29
- Current payment due 07/01/2016: $151.44

   **Total: $1,172.26 due. You must pay this amount to bring your loan current.**
   Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

**What do I need to know?**
Failure to bring your loan current may result in fees, possibly even foreclosure and the loss of your home. We are here to help. You do have options.* Here are some of the solutions that might be available, depending on your situation:

- Modifying the terms of your current loan.
- Receiving a payment forbearance that temporarily gives you more time to pay your monthly payment.
- If you simply can't pay your mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off your current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

**What do I need to do?**
The sooner we hear from you, the sooner we can help get your homeownership back on track. If you've already reached out for help, don't worry, that process is still proceeding and no further action is required.

If you have any questions, your Dedicated Loan Specialist is Kalani Boyd and can be reached at (888) 850-9398 EXT. 4670715 or via mail at the address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.

Sincerely,

Nationstar Mortgage LLC
Loss Mitigation Department

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.
Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.
450COPCSV1214





Nationstar Mortgage | Online Access

Welcome Sheila Caspan   SIGN OUT

| About Us | Customer Reviews | Careers | Shareholder Relations

| HOME | MY NATIONSTAR | RESOURCES | HOMEOWNER ASSISTANCE | APPLY TODAY | CONTACT US |

# WELCOME TO NATIONSTAR

Happy Mortgage Birthday from Nationstar Mortgage!
You have owned your home for 19 years

Select Loan
*****8067S - 1040 STAR RT 104 LUCASVILLE, OH, 45648

## My Mortgage

Unpaid Principal Balance *
$8,323.25

3%

*This is not an exact payoff amount. For the full amount to payoff the account, please request a payoff quote.

My Home Loan
View Full Loan Number

Refinance Application
Request Payoff Quote
View Payoff Statement
View Year End Statement

## My Payments

Last Payment of $151.44 was received on 12/2/2015
Past due amount of $670.24 is due immediately
Next Payment of $151.44 due on Friday, January 1, 2016

Your Dedicated Loan Specialist is Kalani Boyd
Toll Free Number: 888-850-9398

Make A Payment
Sign Up for Automatic Payments
View My Statement
View Transaction History
Edit or Cancel a Payment
Pending Payments
Pay By Text
Homeowner Assistance

## My Messages and Alerts

0 New Messages

View All Messages & Alerts
Compose Message

## My Escrow

Current Escrow Balance
($377.58)

Current Escrow Payment
$83.44 *
* This is the escrow portion of your monthly payment

Next Analysis
March 1, 2017
Last Analysis
March 29, 2016

View Escrow Analysis Statement
View Escrow Detail

## My Profile

Sheila N Caspan
1040 STATE ROUTE 104 LUCASVILLE, OH 45648
Showers@scotowireless.net
Primary phone number: none

Update Profile Information
Update Contact Information
Cancel eCorrespondence
Authorize A Third Party
Add A Loan

Nationstar is a debt collector. This may be an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

https://www.nationstarmtg.com/MyAccount/Dashboard.aspx

4/21/2016

**Nationstar MORTGAGE**
8950 Cypress Waters Blvd
Coppell, TX 75019
MyNationstar.com

02/11/2016



0-692-48421-0004791-001-01-000-000-000-000

THOMAS L CASPARI
SHEILA R CASPARI
1040 STATE ROUTE 104
LUCASVILLE OH 45648-8323



**Open Immediately
Important Information**

Loan Number: 0600080675
1040 STAR RT 104
LUCASVILLE OH 45648

Dear THOMAS L CASPARI and SHEILA R CASPARI:

Nationstar Mortgage, the servicer of your loan, welcomes the opportunity to discuss possible alternatives that may be available to you. Your mortgage payment is now 30 days or more past due and as our prior letters have stated, we are here to help. Call us today to learn more about your options and instructions for how to apply. The longer you wait, or the further you fall behind on your payments, the harder it will be to find a loss mitigation solution.

This letter is being provided to you as required by the Consumer Financial Protection Bureau. If you have already submitted an application for loss mitigation, we will continue processing that application. However, if you have not, the purpose of this letter is to encourage you to do so.

**Available Loss Mitigation Options*:**
If you need help, the following options may be possible (most are subject to lender approval):

- Refinance the loan with us or another lender;
- Modify the loan terms with us;
- Payment forbearance temporarily gives you more time to pay your monthly payment; or
- If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to sell your home and use the proceeds to pay off your current loan.

Call us at 1-888-811-5279 for more information about your options.

**Housing Counselors:**
For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp, the Department of Housing and Urban Development at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

Sincerely,
Nationstar Mortgage LLC

**P.S. Don't wait to let us provide the help you need. Call 1-888-811-5279 Monday through Friday between 8 a.m. and 7 p.m. (CT) and Saturday between 8 a.m. and 12 p.m. (CT).**

*Borrower must meet certain requirements to qualify for any of the options/products referenced above. Terms are subject to change.

This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if this debt is involved in a bankruptcy or has been discharged in a bankruptcy proceeding, this communication is not an attempt to collect a debt against you and any information obtained or given will be for informational purposes only.



CFPB

692-4056-0115F

Subject: Thomas, Nationstar is here to help!
From: Nationstar Mortgage LLC (donotreply@nationstarmail.com)
To: sheila.caspari@frontier.com;
Date: Wednesday, January 27, 2016 12:01 PM

Dear Thomas,

Everyone at Nationstar is committed to "helping homeowners succeed." To keep things easy for you, we offer multiple ways to make your monthly payments. There are three convenient ways you can pay right now:

**You have three ways to pay right now:**

- Click here to make a one-time payment online. (No fee if received within nine days of 1/1/2016)
- Call to make a payment using our automated phone system: 866-848-8542. (Fee applies)
- Call and pay by speaking to a Nationstar Representative: 888-811-5279. (Fee applies)

Remember, we're here to help! If you have any questions or concerns about making your monthly payment, please call us now to discuss possible solutions at 888-811-5279. If you have already made your scheduled monthly payment, you may disregard this email.

Thank You,

Nationstar Mortgage NMLS #2119



Nationstar is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt.



**Nationstar MORTGAGE**

Helping You Achieve More.

Quick Links

Register Now and setup your online access.

 Make a payment

Refinance

View my loan summary

View my statement

Customer Service
Nationstar Mortgage
8950 Cypress Waters Blvd
Coppell, TX 75019
1-888-480-2432

Hours
We have expanded our hours to better serve you.
Mon - Thurs 8am to 8pm CT
Fri 8am to 6pm CT
Sat 8am to 2pm CT

Payments
Nationstar Mortgage
P.O. Box 650783
Dallas, TX 75265-0783

Overnight Mail Address for Payments
Nationstar Mortgage

https://us-mg5.mail.yahoo.com/neo/launch?.partner=ftr&.rand=dtm2e03ksl0ep                    2/25/2016



https://us-mg5.mail.yahoo.com/neo/launch?.partner=fir&.rand=dtm2e03ksl0cp         2/25/2016

Sign Out                                                          Welcome Sheila Caspari    SIGN OUT

| About Us | Customer Reviews | Careers | Shareholder Relations

HOME    |    MY NATIONSTAR    |    RESOURCES    |    HOMEOWNER ASSISTANCE    |    APPLY TODAY    |    CONTACT US

# WELCOME TO NATIONSTAR

From online account access to hardship assistance, you'll find the necessary information you need to help manage your Nationstar Mortgage Account.

Select Loan
*****80675 - 1040 STAR RT 104, LUCASVILLE, OH, 45648

Looking for your Year-End Tax Statement?  2015 Year-End Tax Statements are available NOW.

### My Mortgage

Unpaid Principal Balance *
$8,323.25
2%
*This is not an exact payoff amount. For the full amount to payoff the account, please request a payoff quote.

My Home Loan
View Full Loan Number

Refinance Application
Request Payoff Quote
View Payoff Statement
View Year End Statement

### My Payments

Last Payment of $151.44 was received on 12/2/2015
Past due amount of $486.56 is due Immediately
Next Payment of $151.44 due on Friday, January 1, 2016

Your Dedicated Loan Specialist is Kalani Boyd
Toll Free Number: 888-850-9398

Make A Payment
Sign Up for Automatic Payments
View My Statement
View Transaction History
Edit or Cancel a Payment
Pending Payments
Pay By Text
Homeowner Assistance

### My Messages and Alerts

0 New Messages

View All Messages & Alerts
Compose Message

### My Escrow

Current Escrow Balance
($89.07)

Current Escrow Payment
$83.44 *
* This is the escrow portion of your monthly payment

Next Analysis
March 1, 2016
Last Analysis
December 9, 2015

View Escrow Analysis Statement
View Escrow Detail

### My Profile

Sheila R Caspari
1040 STATE ROUTE 104 LUCASVILLE, OH 45648
Shewee@sciotowireless.net
Primary phone number: none

Update Profile Information
Update Contact Information
Cancel eCorrespondence
Authorize A Third Party
Add A Loan

Nationstar is a debt collector. This may be an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.

FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

Sign Out

Terms of Use
Terms of Use
Privacy
Privacy
Legal
Legal
CA, WA and NV Residents
Shareholder Relations
Sitemap
Careers
Customer Reviews
Contact Us
Contact Us
About

NMLS #2119 NMLS Consumer Access

NMLS #2119