**Nationstar MORTGAGE**

8950 Cypress Waters Blvd.
Dallas, TX 75019

5/17/2017

OUR INFO
CUSTOMER SERVICE
888-480-2432
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 6 p.m. (CT)
Sat 8 a.m. to 2 p.m. (CT)

ONLINE
www.mynationstar.com

YOUR INFO
LOAN NUMBER
600080675

PROPERTY ADDRESS
1040 Star Rt 104
Lucasville, OH 45648

# SAY HELLO TO mr. cooper

*Changing the face of home loans.*

Hi Thomas and Sheila,

This August, Nationstar is becoming Mr. Cooper.

*This is just one part of a major effort to create the best possible home loan experience for our more than 2.9 million customers.*

*Now you're probably wondering, why Mr. Cooper?*

Fair enough. To us, it's an identity that represents the kind of person who always goes the extra mile for a customer. He stands for avoiding business as usual and doing everything he can to help. He has a firm belief that one person can make a big difference.

That's who we want to be. A company of Coopers. Over 7,000 of us. But a new brand name is just the beginning.

We're making huge investments in technology. You may have already noticed our all-new website and mobile app that make managing your home loan faster and easier than ever. Our whole Customer Service Department is training to reduce wait time and get you the right answer, fast. And we're introducing a host of innovative offerings to make your home loan experience more rewarding and less worrisome, from start to finish.

We'll be telling you a lot more in the next few months. If you're curious about our transformation, you can learn more at *www.mrcooper.com*. In the meantime, if you've been managing your account online, *www.mynationstar.com* is still the place to go.

Thank you so much for being part of our family. We are honored to have you with us as we begin this amazing journey.

All the best,

*Jay Bray*
Jay Bray, *President, CEO & Chairman*

## THIS IS NOT A LOAN TRANSFER.

*In fact, everything about your loan remains the same: where and how you make your payment, your loan number, the status and the terms won't change.*



Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC.

Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

EQUAL HOUSING OPPORTUNITY

089615 CND 00000951

**Nationstar** MORTGAGE

8950 Cypress Waters Blvd.
Dallas, TX 75019

5/17/2017

OUR INFO
CUSTOMER SERVICE
888-480-2432
Mon-Thu  7 a.m. to 9 p.m. (CT)
Fri         7 a.m. to 6 p.m. (CT)
Sat        8 a.m. to 2 p.m. (CT)

ONLINE:
www.mynationstar.com

····················MIXED AADC 970
Thomas Caspari
Sheila Caspari
1040 State Route 104
Lucasville OH 45648-8323

YOUR INFO
LOAN NUMBER
600080675

PROPERTY ADDRESS
1040 Stur Rt 104
Lucasville, OH 45648

SUBJECT
*Nationstar is becoming Mr. Cooper*

Dear Thomas and Sheila,

We respect your request that we stop corresponding with you, but we have important news to share. As noted in the enclosed letter, this August, Nationstar is becoming Mr. Cooper.

Please note this change for future reference and feel free to contact us with any questions.

Thank you,

Nationstar Mortgage LLC

669615 CND 00000951

