Nationstar Mortgage | Online Access

Welcome Sheila Caspari    SIGN OUT

| About Us | Customer Reviews | Careers | Shareholder Relations

HOME | MY NATIONSTAR | RESOURCES | HOMEOWNER ASSISTANCE | APPLY TODAY | CONTACT US

# TRANSACTION HISTORY

Select Loan

*****80675 - 1040 STAR RT 104, LUCASVILLE, OH, 45648

PRINT TRANSACTION HISTORY

Transaction History | Pending Payments

Display 100 records

Note: If payment is made on a weekend or a holiday, please allow until the end of the next business day for the payment to appear in the transaction history.

| Effective Date | Type | Amount | Principal | Interest | Escrow | Fees | Balance |
|---|---|---|---|---|---|---|---|
| 12/02/2015 | Payment | 151.44 | 54.04 | 13.96 | 83.44 | 0.00 | 8,323.25 |
| 11/03/2015 | Payment | 151.44 | 53.95 | 14.05 | 83.44 | 0.00 | 8,377.29 |
| 10/03/2015 | Payment | 151.44 | 53.86 | 14.14 | 83.44 | 0.00 | 8,431.24 |
| 09/04/2015 | Payment | 151.44 | 53.77 | 14.23 | 83.44 | 0.00 | 8,485.10 |
| 08/11/2015 | Fees | 14.36 | 0.00 | 0.00 | 0.00 | 14.36 | 8,538.87 |
| 08/11/2015 | Payment | 151.44 | 53.68 | 14.32 | 83.44 | 0.00 | 8,538.87 |
| 08/03/2015 | Fees | 19.00 | 0.00 | 0.00 | 0.00 | 19.00 | 8,592.55 |
| 08/03/2015 | Payment | 151.44 | 53.59 | 14.41 | 83.44 | 0.00 | 8,592.55 |
| 08/03/2015 | Payment | 131.34 | 53.50 | 14.50 | 63.34 | 0.00 | 8,646.14 |
| 07/08/2015 | Fees | 19.00 | 0.00 | 0.00 | 0.00 | 19.00 | 8,699.64 |
| 07/08/2015 | Payment | 146.41 | 53.41 | 14.59 | 78.41 | 0.00 | 8,699.64 |
| 07/08/2015 | Payment | 146.41 | 53.32 | 14.68 | 78.41 | 0.00 | 8,753.05 |
| 06/18/2015 | Payment | 146.41 | 53.23 | 14.77 | 78.41 | 0.00 | 8,806.37 |
| 06/18/2015 | Payment | 146.41 | 53.15 | 14.85 | 78.41 | 0.00 | 8,859.60 |
| 05/14/2015 | Escrow | 329.42 | 0.00 | 0.00 | 329.42 | 0.00 | 7,917.01 |
| 04/02/2015 | Payment Reversal | -361.00 | 0.00 | 0.00 | -361.00 | 0.00 | 7,917.01 |
| 03/30/2015 | Payment Reversal | -1,240.52 | 0.00 | 0.00 | -1,240.52 | 0.00 | 7,917.01 |
| 03/30/2015 | Escrow | 1,240.52 | 0.00 | 0.00 | 1,240.52 | 0.00 | 7,917.01 |
| 03/26/2015 | Escrow | 27.96 | 0.00 | 0.00 | 27.96 | 0.00 | 7,917.01 |
| 03/26/2015 | Interest | 63.00 | 0.00 | 63.00 | 0.00 | 0.00 | 7,917.01 |
| 03/26/2015 | Payment | 73.75 | 0.00 | 0.00 | 73.75 | 0.00 | 7,917.01 |
| 03/25/2015 | Escrow | 27.96 | 0.00 | 0.00 | 27.96 | 0.00 | 7,917.01 |
| 03/25/2015 | Interest | 63.00 | 0.00 | 63.00 | 0.00 | 0.00 | 7,917.01 |
| 03/25/2015 | Payment | 73.75 | 0.00 | 0.00 | 73.75 | 0.00 | 7,917.01 |
| 01/16/2015 | Payment Reversal | -73.75 | 0.00 | 0.00 | -73.75 | 0.00 | 7,917.01 |
| 01/16/2015 | Payment Reversal | -164.71 | 0.00 | -63.00 | -101.71 | 0.00 | 7,917.01 |
| 01/16/2015 | Payment Reversal | -63.00 | 0.00 | -63.00 | 0.00 | 0.00 | 7,917.01 |
| 01/16/2015 | Payment Reversal | -27.96 | 0.00 | 0.00 | -27.96 | 0.00 | 7,917.01 |
| 01/16/2015 | Escrow | 27.96 | 0.00 | 0.00 | 27.96 | 0.00 | 7,917.01 |
| 01/16/2015 | Interest | 63.00 | 0.00 | 63.00 | 0.00 | 0.00 | 7,917.01 |
| 01/16/2015 | Payment | 164.71 | 0.00 | 63.00 | 101.71 | 0.00 | 7,917.01 |
| 01/16/2015 | Payment | 73.75 | 0.00 | 0.00 | 73.75 | 0.00 | 7,917.01 |
| 02/15/2014 | Escrow | 27.96 | 0.00 | 0.00 | 27.96 | 0.00 | 7,917.01 |
| 02/15/2014 | Principal | 31.78 | 31.78 | 0.00 | 0.00 | 0.00 | 7,948.79 |
| 02/15/2014 | Interest | 31.22 | 0.00 | 31.22 | 0.00 | 0.00 | 7,948.79 |
| 01/09/2014 | Payment | 90.96 | 40.10 | 22.90 | 27.96 | 0.00 | 7,948.79 |

https://www.nationstarmtg.com/MyAccount/TransactionHistory.aspx

1/20/2016

| Effective Date | Type | Amount | Principal | Interest | Escrow | Fees | Balance |
|---|---|---|---|---|---|---|---|
| 12/13/2013 | Payment | 90.96 | 37.44 | 25.56 | 27.96 | 0.00 | 7,988.89 |
| 11/13/2013 | Fees | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | 8,026.33 |
| 11/13/2013 | Payment | 90.96 | 63.00 | 0.00 | 27.96 | 0.00 | 8,026.33 |
| 11/13/2013 | Payment | 90.96 | 11.40 | 51.60 | 27.96 | 0.00 | 8,089.33 |
| 09/14/2013 | Payment | 90.96 | 40.53 | 22.47 | 27.96 | 0.00 | 8,100.73 |
| 08/19/2013 | Payment | 90.96 | 31.76 | 31.24 | 27.96 | 0.00 | 8,141.26 |
| 07/14/2013 | Payment | 72.83 | 54.27 | 8.73 | 9.83 | 0.00 | 8,173.02 |
| 07/04/2013 | Fees | 9.95 | 0.00 | 0.00 | 0.00 | 9.95 | 8,227.29 |
| 07/04/2013 | Payment | 72.83 | 14.87 | 48.13 | 9.83 | 0.00 | 8,227.29 |
| 05/10/2013 | Payment | 72.83 | 37.51 | 25.49 | 9.83 | 0.00 | 8,242.16 |
| 04/11/2013 | Payment | 72.89 | 39.15 | 23.85 | 9.89 | 0.00 | 8,279.67 |
| 03/15/2013 | Payment | 72.89 | 37.27 | 25.73 | 9.89 | 0.00 | 8,318.82 |
| 02/14/2013 | Payment | 72.89 | 26.51 | 36.49 | 9.89 | 0.00 | 8,356.09 |
| 01/04/2013 | Payment | 72.89 | 45.11 | 17.89 | 9.89 | 0.00 | 8,382.60 |
| 12/15/2012 | Fees | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | 8,427.71 |
| 12/15/2012 | Payment | 72.89 | 63.00 | 0.00 | 9.89 | 0.00 | 8,427.71 |
| 12/15/2012 | Payment | 72.89 | 5.27 | 57.73 | 9.89 | 0.00 | 8,490.71 |
| 10/12/2012 | Fees | 9.95 | 0.00 | 0.00 | 0.00 | 9.95 | 8,495.98 |
| 10/12/2012 | Payment | 72.89 | 36.73 | 26.27 | 9.89 | 0.00 | 8,495.98 |
| 09/13/2012 | Fees | 9.95 | 0.00 | 0.00 | 0.00 | 9.95 | 8,532.71 |
| 09/13/2012 | Payment | 72.89 | 30.27 | 32.73 | 9.89 | 0.00 | 8,532.71 |
| 08/08/2012 | Payment | 72.89 | 58.42 | 4.58 | 9.89 | 0.00 | 8,562.98 |
| 08/03/2012 | Payment | 72.89 | 36.34 | 26.66 | 9.89 | 0.00 | 8,621.40 |
| 07/09/2012 | Escrow | −43.10 | 0.00 | 0.00 | 43.10 | 0.00 | 8,657.74 |
| 07/05/2012 | Payment | −73.09 | 42.68 | 20.32 | 10.09 | 0.00 | 8,657.74 |

First | Previous | 1 | Next | Last

Terms of Use
Privacy
Legal
CA, WA and NV Residents
Shareholder Relations
Site Map
Careers
Customer Reviews
Contact Us
About

NMLS #2119 NMLS Consumer Access


NMLS #2119