**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kalani Boyd
Nationstar Mortgage
8950 Cypress Waters Blvd.
Coppell, TX 75019

9590 9403 0312 5155 7022 59

2. Article Number (Transfer from service label)

7011 1570 0003 2578 9419

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
Chester Haver
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Chester Haver
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    CASPARI    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nationstar Mortgage
P.O. Box 619063
Dallas, TX 75261-9063

9590 9403 0312 5155 7022 42

2. Article Number (Transfer from service label)

7011 1570 0003 2578 9426

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

19 DEC 2016

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    CASPARI    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nationstar Mortgage LLC
P.O. Box 7729
Springfield, OH 45501-7729

9590 9403 0312 5155 7022 35

2. Article Number (Transfer from service label)

7011 1570 0003 2578 9433

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
H. Bauer
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
DEC 16 2016
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    CASPARI    Domestic Return Receipt



COPY

# JOHN MCHENRY
## ATTORNEY AT LAW
**FIFTH THIRD BANK BUILDING, SUITE 201**
**500 CHILLICOTHE STREET**
**PORTSMOUTH, OHIO 45662**

12-13-16
Cortified
Mail
1.) Nationstar LLC
2.) Nationstar
3.) Kalani Boyd
ORDINARY Mail
4.) Caspari

1-740-355-5355
1-740-351-0333 (FAX)

Nationstar Mortgage LLC
P.O. 7729
Springfield. OH 45501-7729

Nationstar Mortgage
P.O. Box 619063
Dallas. TX 75261-9063

Kalani Boyd
Nationstar Mortgage
8950 Cypress Waters Blvd.
Coppell. TX 75019

Re:   Thomas L. Caspari
Sheila R. Caspari
Loan Number:  0600080675
Property Address:    1040 State Route 104
Lucasville. OH 45648

To Whom It May Concern:

Please be advised I represent Thomas and Sheila Caspari and any further communication regarding their account with you must be directed to me at the above letterhead address.

Regarding your efforts to collect payments from them pursuant to Mortgage Loan Statements issued by your office please note that I can find no recorded instrument that would secure their debt to you or U.S. Bank National Association for which you are the loan servicer.  This being the case. this debt is unsecured and was discharged via their bankruptcy of 09/30/2015. Case No. 15-13775. filed in the Southern District of Ohio. Cincinnati. Ohio.  Please adjust your records accordingly and give notice to the credit reporting agencies of this matter.

Feel free to contact me with any questions.

Sincerely,

John McHenry
Attorney At Law

Cc:     Thomas L. Caspari
        Sheila R. Caspari
        1040 State Route 104
        Lucasville, OH 45648